**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
            *Plaintiff-Appellee,*

v.

IOURI MIKHEL,
            *Defendant-Appellant.*

No. 07-99008

D.C. No.
2:02-cr-00220-DT
Central District of
California

ORDER

Filed January 22, 2009

Before: Alfred T. Goodwin, Stephen Reinhardt, and
William A. Fletcher, Circuit Judges.

## ORDER

Pursuant to 9th Cir. R. 36-5, the Memorandum and Order filed on January 5, 2009 is hereby designated an Opinion and Order for publication.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2009 Thomson Reuters/West.